R. E. MARTIN v. LESTER BOYD ET AL.

(Filed 4 November, 1936.)

**Arrest B a—**

Officers attempting to make an arrest without a warrant outside the district in which they are authorized to arrest without a warrant are liable in damages for wrongful assault in shooting plaintiff's tire in order to stop him.

APPEAL by defendants from *Alley, J.,* at March Term, 1936, of IREDELL.

Civil action to recover damages for wrongful assault.

Verdict and judgment for plaintiff, damages being assessed at $200.00, from which the defendants appeal, assigning errors.

*A. A. Tarlton and Burke & Burke for plaintiff, appellee.*
*Zeb V. Turlington and Lewis & Lewis for defendants, appellants.*

PER CURIAM. The trial court instructed the jury that under the facts in the instant case, the defendants did not have the right to shoot down plaintiff's tire in order to stop him. Exception.

Defendants say that had they been armed with process, this right would have existed, *ergo* the mere fact that they were not armed with

process would not make their conduct unlawful. The conclusion is a *non sequitur. Holloway v. Moser,* 193 N. C., 185, 136 S. E., 375. The defendants were outside the territory in which they are authorized to arrest without warrant. *S. v. Sigman,* 106 N. C., 728, 11 S. E., 520.

No error.